

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00189-CR

Victor Manuel **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6059
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgments of conviction are AFFIRMED.

SIGNED August 19, 2020.

_____
Luz Elena D. Chapa, Justice